*108 On the Motion to Dismiss.
BRUNOT, J.
Appellee moved to dismiss this appeal upon the ground that the transcript was filed after the return day and no extension of time for filing the transcript was applied for.
The appeal wat made returnable on or before June 3, 1929. The transcript was filed, in this court, June 4, 1929. Appellee relies upon articles 883, 884, 587, and 588 of the Code of Practice. This court has consistently held that if the transcript be filed within the three days immediately following the date of the return day fixed in the order of appeal, it is filed timely. The three days allowed for the filing of an application for an extension of time within which to file the transcript has been construed to mean that an appellant has three days of grace, after the expiration of the return day, within which to file the transcript of appeal.
The motion is overruled.